1  Effie F. Anastassiou, Esq. (SBN 96279)  **E-filed 2/9/07**
   Denis Klavdianos, Esq. (SBN 225925)
2  Anastassiou & Associates
   242 Capitol Street
3  Post Office Box 2210
   Salinas, California 93902
4  (831) 754-2501
   FAX (831)754-0621
5
   Attorneys for Plaintiffs
6  ALEX VAZQUEZ, CECILIA
   VAZQUEZ and AVA MOTOR
7  CARRIERS, LLC

8

9                 **UNITED STATES DISTRICT COURT**

10           **NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

11

12 AVA MOTOR CARRIERS, LLC,           )   **CASE NO. C06-05293 JF**
   an Arizona limited liability company, )
13 ALEX VAZQUEZ, an individual and an )
   Arizona resident, and CECILIA      )   **STIPULATION AND ORDER**
14 VAZQUEZ, an individual and an Arizona )  **CONTINUING MEDIATION**
   resident,                          )   **HEARING AND AMENDING**
15                                    )   **SCHEDULING ORDER**
              Plaintiffs,             )
16                                    )
   v.                                 )
17                                    )
   FRESH POINT HARVESTING CO., INC., )
18 a California corporation, RUBEN    )
   MIRELES, JR., an individual and a  )
19 California resident, ERIC MIRELES, )
   an individual and a California resident, and )
20 STEVEN VARELA, an individual and a )
   California resident,               )
21                                    )
              Defendants.             )
22                                    )
   _____ )
23                                    )
   AND RELATED CROSS ACTION.          )
24 _____

25         IT IS HEREBY STIPULATED between Plaintiffs AVA MOTOR CARRIERS, LLC, ALEX

26 VAZQUEZ, and CECILIA VAZQUEZ (hereafter, collectively "Plaintiffs"), along with Defendants

27 FRESH POINT HARVESTING CO., INC., RUBEN MIRELES, JR., ERIC MIRELES, and

28 STEVEN VARELA (hereafter, collectively "Defendants"), by and through their respective attorneys

of record, that:

1) The Mediation Hearing which commenced on January 26, 2007, shall be recessed, and then continued on March 30, 2007, at 10:00 A.M., at the offices of Lombardo & Gilles, 318 Cayuga St., Salinas, CA 93901, with the same mediator, Neil L. Shapiro, Esq., to continue conducting the mediation by his express consent.

2) As a result of the continued Mediation Hearing, the parties further agree that all of the discovery and other deadlines previously entered by Court Order at the Case Management Conference held on December 8, 2006, shall be extended by approximately 60 days from the originally scheduled dates, which dates are agreed to as follows:

| Discovery Deadlines | Original Date | Re-Schedule Date |
| --- | --- | --- |
| Completion of factual discovery: | May 31, 2007 | July 31, 2007 |
| Deadline for joining additional parties: | May 31, 2007 | July 31, 2007 |
| Plaintiffs' expert report(s) due: | June 30, 2007 | August 31, 2007 |
| Defendants' expert report(s) due: | July 31, 2007 | September 28, 2007 |
| Plaintiffs' rebuttal expert report(s) due: | August 31, 2007 | October 31, 2007 |
| Non-dispositive motions heard by: | August 31, 2007 | October 31, 2007 |
| Dispositive motions heard by: | August 31, 2007 | October 31, 2007 |
| Pre-Trial Conference: | September 14, 2007 | November 16, 2007 |

3) The parties further agree that the Trial date set to begin on October 1, 2007, is re-scheduled to commence on December 3, 2007.

IT IS SO STIPULATED.

DATED: January 26, 2007                    ANASTASSIOU & ASSOCIATES

                                           By: /s/_____
                                           Effie F. Anastassiou, Esq.
                                           Attorneys for Plaintiffs and Cross-Defendants
                                           ALEX VAZQUEZ, CECILIA VAZQUEZ and
                                           AVA MOTOR CARRIERS, LLC

//

//

1  DATED: January 31, 2007          LOMBARDO AND GILLES, PC

2
                                    By:/s/_____
3                                   J. Kenneth Gorman, Esq.
                                    Attorneys for Defendants FRESH POINT
4                                   HARVESTING CO., INC., RUBEN
                                    MIRELES, JR., ERIC MIRELES and
5                                   STEVEN VARELA, and Counter-Claimants
                                    RUBEN MIRELES, JR, and STEVEN
6                                   VARELA.

7

8                                   **ORDER**

9      IT IS HEREBY ORDERED that the foregoing schedule which has been agreed to by

10 stipulation of the parties, is adopted by Order of this Court.

11

12 Dated:____2/9/07_____      _____
                                            Honorable Jeremy Fogel
13                                          United States District Court Judge

14 F:\AVV\California Suit Against Mireles, et al\StipContMediation.wpd

---

AVA Motor Carriers, LLC v. Fresh Point Harvesting Co., Inc.          Stip Cont. Mediation Hearing
Case No.:Case No. C06-05293 JF                    3                  and Amending Scheduling Order