*e-filed 8/7/07

1  Effie F. Anastassiou, Esq. (SBN 96279)
   Denis Klavdianos, Esq. (SBN 225925)
2  Anastassiou & Associates
   242 Capitol Street
3  Post Office Box 2210
   Salinas, California 93902
4  (831) 754-2501
   FAX (831)754-0621
5
   Attorneys for Plaintiffs
6  ALEX VAZQUEZ, CECILIA
   VAZQUEZ and AVA MOTOR
7  CARRIERS, LLC

8

9              UNITED STATES DISTRICT COURT

10      NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

11

12 AVA MOTOR CARRIERS, LLC,           ) **CASE NO. C06-05293 JF**
   an Arizona limited liability company, )
13 ALEX VAZQUEZ, an individual and an  )
   Arizona resident, and CECILIA       ) **STIPULATION AND ORDER**
14 VAZQUEZ, an individual and an Arizona ) **AMENDING SCHEDULING ORDER**
   resident,                           )
15                                     )
                Plaintiffs,             )
16                                     )
   v.                                  )
17                                     )
   FRESH POINT HARVESTING CO., INC.,   )
18 a California corporation, RUBEN     )
   MIRELES, JR., an individual and a   )
19 California resident, ERIC MIRELES,  )
   an individual and a California resident, and )
20 STEVEN VARELA, an individual and a  )
   California resident,                )
21                                     )
                Defendants.             )
22                                     )
                                       )
23 AND RELATED CROSS ACTION.           )

24

25       IT IS HEREBY STIPULATED between Plaintiffs AVA MOTOR CARRIERS, LLC, ALEX

26 VAZQUEZ, and CECILIA VAZQUEZ (hereafter, collectively "Plaintiffs"), along with Defendants

27 FRESH POINT HARVESTING CO., INC., RUBEN MIRELES, JR., ERIC MIRELES, and

28 STEVEN VARELA (hereafter, collectively "Defendants"), by and through their respective attorneys

1  of record, that:

2      1) The parties agree that all of the discovery and other deadlines previously entered by Court
3  Order at the Case Management Conference held on December 8, 2006, shall be extended by
4  approximately 90 days from the originally scheduled dates, which dates are agreed to as follows:

| Discovery Deadlines | Original Date | Re-Schedule Date |
|---|---|---|
| Completion of factual discovery: | July 31, 2007 | October 31, 2007 |
| Deadline for joining additional parties: | July 31, 2007 | October 31, 2007 |
| Plaintiffs' expert report(s) due: | August 31, 2007 | November 30, 2007 |
| Defendants' expert report(s) due: | September 28, 2007 | December 31, 2007 |
| Plaintiffs' rebuttal expert report(s) due: | October 31, 2007 | January 31, 2008 |
| Non-dispositive motions heard by: | October 31, 2007 | January 31, 2008 |
| Dispositive motions heard by: | October 31, 2007 | January 31, 2008 |
| Pre-Trial Conference: | November 16, 2007 | February 15, 2008 |

14      2) The parties further agree that the Trial date set to begin on December 3, 2007, is re-
15  scheduled to commence on March 3, 2008.

IT IS SO STIPULATED.

DATED: July 26, 2007

ANASTASSIOU & ASSOCIATES

By: /s/ _____
E[...] F. Anastassiou, Esq.
Attorneys for Plaintiffs and Cross-Defendants
ALEX VAZQUEZ, CECILIA VAZQUEZ and
AVA MOTOR CARRIERS, LLC

DATED: July 26, 2007

LOMBARDO AND GILLES, PC

By: /s/ _____
E. Soren Diaz, Esq.
Attorneys for Defendants FRESH POINT
HARVESTING CO., INC., RUBEN
MIRELES, JR., ERIC MIRELES and
STEVEN VARELA, and Counter-Claimants
RUBEN MIRELES, JR. and STEVEN
VARELA.

## ORDER

IT IS HEREBY ORDERED that the foregoing schedule which has been agreed to by stipulation of the parties, is adopted by Order of this Court.

Dated: 8/3/07

_____
Honorable Jeremy Fogel
United States District Court Judge

F:\AVV\California Suit Against Mireles, et al\StipAmendScheduleOrder.wpd