Effie F. Anastassiou, Esq. (SBN 96279)
Scott J. Allen, Esq. (SBN 178925)
Denis Klavdianos, Esq. (SBN 225925)
Anastassiou & Associates
242 Capitol Street
Post Office Box 2210
Salinas, California 93902
(831) 754-2501
FAX (831)754-0621

Attorneys for Plaintiffs
ALEX VAZQUEZ, CECILIA VAZQUEZ and AVA MOTOR CARRIERS, LLC

**E-filed 11/5/07**

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| AVA MOTOR CARRIERS, LLC, an Arizona limited liability company, ALEX VAZQUEZ, an individual and an Arizona resident, and CECILIA VAZQUEZ, an individual and an Arizona resident,<br><br>Plaintiffs,<br><br>v.<br><br>FRESH POINT HARVESTING CO., INC., a California corporation, RUBEN MIRELES, JR., an individual and a California resident, ERIC MIRELES, an individual and a California resident, and STEVEN VARELA, an individual and a California resident,<br><br>Defendants.<br><br>AND RELATED CROSS ACTION. | **CASE NO. C06-05293 JF**<br><br>**SECOND STIPULATION AND ORDER AMENDING SCHEDULING ORDER** |

IT IS HEREBY STIPULATED between Plaintiffs AVA MOTOR CARRIERS, LLC, ALEX VAZQUEZ, and CECILIA VAZQUEZ (hereafter, collectively "Plaintiffs"), along with Defendants FRESH POINT HARVESTING CO., INC., RUBEN MIRELES, JR., ERIC MIRELES, and STEVEN VARELA (hereafter, collectively "Defendants"), by and through their respective attorneys of record, that:

1) The parties agree that all of the discovery and other deadlines previously entered by Court Order on August 3, 2007 pursuant to the Stipulation And Order Amending Scheduling Order shall be extended by approximately 120 days from the previously scheduled dates, which dates are agreed to as follows:

| Discovery Deadlines | Previous Date | Re-Schedule Date |
|---|---|---|
| Completion of factual discovery: | October 31, 2007 | February 29, 2008 |
| Deadline for joining additional parties: | October 31, 2007 | February 29, 2008 |
| Plaintiffs' expert report(s) due: | November 30, 2007 | March 31, 2008 |
| Defendants' expert report(s) due: | December 31, 2007 | April 30, 2008 |
| Plaintiffs' rebuttal expert report(s) due: | January 31, 2008 | May 30, 2008 |
| Non-dispositive motions heard by: | January 31, 2008 | May 30, 2008 |
| Dispositive motions heard by: | January 31, 2008 | May 30, 2008 |
| Pre-Trial Conference: | February 18, 2008 | ~~June 18, 2008~~ 6/20/08 |

2) The parties further agree that the Trial date set to begin on March 3, 2008, is re-scheduled to commence on July 3, 2008.

3) The parties have delayed completing discovery in this matter because the parties are awaiting resolution of a state court case in Arizona (<u>Fresh Point Harvesting Co., Inc. v. Alex Vazquez et. al.</u> Case No. S1400CV02006-00569, Superior Court of Arizona, County of Yuma) that may affect some of the issues in this case.

IT IS SO STIPULATED.

DATED: October 23, 2007                ANASTASSIOU & ASSOCIATES

                                       By: /s/ _____
                                       Effie F. Anastassiou, Esq.
                                       Attorneys for Plaintiffs and Cross-Defendants
                                       ALEX VAZQUEZ, CECILIA VAZQUEZ and
                                       AVA MOTOR CARRIERS, LLC

DATED: October 23, 2007                LOMBARDO AND GILLES, PC

                                       By:/s/ _____
                                       E. Soren Diaz, Esq.

1      1) The parties agree that all of the discovery and other deadlines previously entered by Court
2  Order on August 3, 2007 pursuant to the Stipulation And Order Amending Scheduling Order shall
3  be extended by approximately 120 days from the previously scheduled dates, which dates are agreed
4  to as follows:

| Discovery Deadlines | Previous Date | Re-Schedule Date |
|---|---|---|
| Completion of factual discovery: | October 31, 2007 | February 29, 2008 |
| Deadline for joining additional parties: | October 31, 2007 | February 29, 2008 |
| Plaintiffs' expert report(s) due: | November 30, 2007 | March 31, 2008 |
| Defendants' expert report(s) due: | December 31, 2007 | April 30, 2008 |
| Plaintiffs' rebuttal expert report(s) due: | January 31, 2008 | May 30, 2008 |
| Non-dispositive motions heard by: | January 31, 2008 | May 30, 2008 |
| Dispositive motions heard by: | January 31, 2008 | May 30, 2008 |
| Pre-Trial Conference: | February 18, 2008 | ~~June 18, 2008~~ 6/20/08 |

14      2) The parties further agree that the Trial date set to begin on March 3, 2008, is re-scheduled
15  to commence on July 3, 2008.

16      3) The parties have delayed completing discovery in this matter because the parties are
17  awaiting resolution of a state court case in Arizona (<u>Fresh Point Harvesting Co., Inc. v. Alex
18  Vazquez et. al.</u> Case No. S1400CV02006-00569, Superior Court of Arizona, County of Yuma) that
19  may affect some of the issues in this case.

20  IT IS SO STIPULATED.

21  DATED: October 23, 2007      ANASTASSIOU & ASSOCIATES

23  By: /s/ _____
    Ethel F. Anastassiou, Esq.
    Attorneys for Plaintiffs and Cross-Defendants
24      ALEX VAZQUEZ, CECILIA VAZQUEZ and
    AVA MOTOR CARRIERS, LLC

26  DATED: October 23, 2007      LOMBARDO AND GILLES, PC

28  By:/s/ _____
    E. Soken Diaz, Esq.

AVA Motor Carriers, LLC v. Fresh Point Harvesting Co., Inc.    Second Stip. Amending
Case No.:Case No. C06-05293 JF    2    Scheduling Order

TOTAL P.01

                                     Attorneys for Defendants FRESH POINT HARVESTING CO., INC., RUBEN MIRELES, JR., ERIC MIRELES and STEVEN VARELA, and Counter-Claimants RUBEN MIRELES, JR, and STEVEN VARELA.

## ORDER

IT IS HEREBY ORDERED that the foregoing schedule which has been agreed to by stipulation of the parties, is adopted by Order of this Court.  Pretrial Conference is reset to 6/20/08 at 11:00 AM  Jury trial is reset for 7/3/08 at 1:30 PM.

Dated:___11/2/07_____          _____
                                                                                Honorable Jeremy Fogel
                                                                                United States District Court Judge

F:\AVV\California Suit Against Mireles, et al\StipSecondAmendScheduleOrder.wpd

1  AVA Motor Carriers, LLC, et al.                    U.S. District Court, Northern District of CA,
   v. Fresh Point Harvesting, Inc., et al.                                 Case No. 06-05293JF
2
                              PROOF OF SERVICE BY
3                         ELECTRONIC MAIL TRANSMISSION

4         I am a legal resident of the United States, residing and employed in the County of Monterey,

5  State of California. I am over the age of eighteen years and not a party to the aforementioned action.

6  My business address is 242 Capitol Street, Salinas, California, 93901.

7         On October 23, 2007, I served the following:

8    **SECOND STIPULATION AND ORDER AMENDING SCHEDULING ORDER**

9  on the parties in said action, by sending a true copy thereof as an attachment via electronic mail from

10 the offices of Anastassiou & Associates, 242 Capitol Street, Salinas, California, addressed as follows:

11 Neil L. Shapiro
   2100 Garden Road, Suite C
12 Monterey, CA 93940
   nlshapiro@sbcglobal.net
13
   J. Kenneth Gorman, Esq.
14 Lombardo & Gilles, PC
   318 Cayuga Street
15 Salinas, CA 93901
   ken@lomgil.com
16
          I am readily familiar with the business practice of the within named office for serving the
17
   within document on the parties in said action by an electronic mail transmission. A mailer daemon
18
   did not report the transmission as a failed delivery, therefore the transmission was reported as
19
   complete and without error.
20
          I, Carmen Sainz, declare under penalty of perjury under the laws of the State of California
21
   that the foregoing is true and correct. Executed on October 23, 2007, at Salinas, California.
22
                                                           /s/ Carmen Sainz
23
                                                           _____
24                                                         Carmen Sainz

25 F:\AVV\California Suit Against Mireles, et al\POSE-Mail.wpd

26

27

28