**E-filed 12/12/07**

1  Effie F. Anastassiou, Esq. (SBN 96279)
   Scott J. Allen, Esq. (SBN 178925)
2  Denis Klavdianos, Esq. (SBN 225925)
   Anastassiou & Associates
3  242 Capitol Street
   Post Office Box 2210
4  Salinas, California 93902
   (831) 754-2501
5  FAX (831)754-0621

6  Attorneys for Plaintiffs
   ALEX VAZQUEZ, CECILIA
7  VAZQUEZ and AVA MOTOR
   CARRIERS, LLC
8

9              UNITED STATES DISTRICT COURT

10      NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

11

12 AVA MOTOR CARRIERS, LLC,           )   **CASE NO. C06-05293 JF**
   an Arizona limited liability company, )
13 ALEX VAZQUEZ, an individual and an )
   Arizona resident, and CECILIA      )   **THIRD STIPULATION AND ORDER**
14 VAZQUEZ, an individual and an Arizona )  **AMENDING SCHEDULING ORDER**
   resident,                          )
15                                    )
                Plaintiffs,            )
16                                    )
   v.                                 )
17                                    )
   FRESH POINT HARVESTING CO., INC.,  )
18 a California corporation, RUBEN    )
   MIRELES, JR., an individual and a  )
19 California resident, ERIC MIRELES, )
   an individual and a California resident, and )
20 STEVEN VARELA, an individual and a )
   California resident,               )
21                                    )
                Defendants.            )
22                                    )
                                      )
23                                    )
   AND RELATED CROSS ACTION.          )
24                                    )

25      IT IS HEREBY STIPULATED between Plaintiffs AVA MOTOR CARRIERS, LLC, ALEX

26 VAZQUEZ, and CECILIA VAZQUEZ (hereafter, collectively "Plaintiffs"), along with Defendants

27 FRESH POINT HARVESTING CO., INC., RUBEN MIRELES, JR., ERIC MIRELES, and

28 STEVEN VARELA (hereafter, collectively "Defendants"), by and through their respective attorneys
   of record, that:

1) The parties agree that all of the discovery and other deadlines previously entered by Court Order on November 2, 2007 pursuant to the Second Stipulation And Order Amending Scheduling Order shall be extended by approximately 90 days from the previously scheduled dates, which dates are agreed to as follows:

| Discovery Deadlines | Previous Date | Re-Schedule Date |
| --- | --- | --- |
| Completion of factual discovery: | February 29, 2008 | May 30, 2008 |
| Deadline for joining additional parties: | February 29, 2008 | May 30, 2008 |
| Plaintiffs' expert report(s) due: | March 31, 2008 | June 30, 2008 |
| Defendants' expert report(s) due: | April 30, 2008 | July 30, 2008 |
| Plaintiffs' rebuttal expert report(s) due: | May 30, 2008 | August 29, 2008 |
| Non-dispositive motions heard by: | May 30, 2008 | August 29, 2008 |
| Dispositive motions heard by: | May 30, 2008 | August 29, 2008 |
| Pre-Trial Conference: | June 18, 2008 | September 18, 2008 |

2) The parties further agree that the Trial date set to begin on July 3, 2008, is re-scheduled to commence on October 6, 2008.

3) The parties have delayed completing discovery in this matter because the parties are awaiting resolution of a state court case in Arizona (Fresh Point Harvesting Co., Inc. v. Alex Vazquez et. al. Case No. S1400CV02006-00569, Superior Court of Arizona, County of Yuma) that may affect some of the issues in this case.

IT IS SO STIPULATED.

DATED: November 30, 2007         ANASTASSIOU & ASSOCIATES

By: /s/ _____
Effie F. Anastassiou, Esq.
Attorneys for Plaintiffs and Cross-Defendants
ALEX VAZQUEZ, CECILIA VAZQUEZ and
AVA MOTOR CARRIERS, LLC

DATED: November 30, 2007         LOMBARDO AND GILLES, PC

By:/s/ _____
E. Soren Diaz, Esq.

AVA Motor Carriers, LLC v. Fresh Point Harvesting Co., Inc.                    Third Stip. Amending
Case No.:Case No. C06-05293 JF                    2                    Scheduling Order

TOTAL P.02

| | |
|---|---|
| 1 | |
| 2 | Attorneys for Defendants FRESH POINT HARVESTING CO., INC., RUBEN MIRELES, JR., ERIC MIRELES and STEVEN VARELA, and Counter-Claimants RUBEN MIRELES, JR, and STEVEN VARELA. |

## ORDER

IT IS HEREBY ORDERED that the foregoing schedule which has been agreed to by stipulation of the parties, is adopted by Order of this Court.

Dated: 12/12/07

_____
Honorable Jeremy Fogel
United States District Court Judge

F:\AVV\California Suit Against Mireles, et al\StipThirdAmendScheduleOrder.wpd

| | |
|---|---|
| AVA Motor Carriers, LLC, et al.<br>v. Fresh Point Harvesting, Inc., et al. | U.S. District Court, Northern District of CA,<br>Case No. 06-05293JF |

**PROOF OF SERVICE BY**
**ELECTRONIC MAIL TRANSMISSION**

I am a legal resident of the United States, residing and employed in the County of Monterey, State of California. I am over the age of eighteen years and not a party to the aforementioned action. My business address is 242 Capitol Street, Salinas, California, 93901.

On December 7, 2007, I served the following:

**THIRD STIPULATION AND ORDER AMENDING SCHEDULING ORDER**

on the parties in said action, by sending a true copy thereof as an attachment via electronic mail from the offices of Anastassiou & Associates, 242 Capitol Street, Salinas, California, addressed as follows:

Neil L. Shapiro
2100 Garden Road, Suite C
Monterey, CA 93940
nlshapiro@sbcglobal.net

J. Kenneth Gorman, Esq.
Lombardo & Gilles, PC
318 Cayuga Street
Salinas, CA 93901
ken@lomgil.com

I am readily familiar with the business practice of the within named office for serving the within document on the parties in said action by an electronic mail transmission. A mailer daemon did not report the transmission as a failed delivery, therefore the transmission was reported as complete and without error.

I, Katie Brandt, declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on December 7, 2007, at Salinas, California.

*Katie Brandt*

F:\AVV\California Suit Against Mireles, et al\POSE-Mail.wpd