Effie F. Anastassiou, Esq. (SBN 96279)
Scott J. Allen, Esq. (SBN 178925)
Denis Klavdianos, Esq. (SBN 225925)
Anastassiou & Associates
242 Capitol Street
Post Office Box 2210
Salinas, California 93902
(831) 754-2501
FAX (831)754-0621

**E-filed 4/9/08**

Attorneys for Plaintiffs
ALEX VAZQUEZ, CECILIA VAZQUEZ and AVA MOTOR CARRIERS, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| AVA MOTOR CARRIERS, LLC, an Arizona limited liability company, ALEX VAZQUEZ, an individual and an Arizona resident, and CECILIA VAZQUEZ, an individual and an Arizona resident,<br><br>    Plaintiffs,<br><br>v.<br><br>FRESH POINT HARVESTING CO., INC., a California corporation, RUBEN MIRELES, JR., an individual and a California resident, ERIC MIRELES, an individual and a California resident, and STEVEN VARELA, an individual and a California resident,<br><br>    Defendants.<br><br>AND RELATED CROSS ACTION. | CASE NO. C06-05293 JF<br><br>FOURTH STIPULATION AND ORDER AMENDING SCHEDULING ORDER |

IT IS HEREBY STIPULATED between Plaintiffs AVA MOTOR CARRIERS, LLC, ALEX VAZQUEZ, and CECILIA VAZQUEZ (hereafter, collectively "Plaintiffs"), along with Defendants FRESH POINT HARVESTING CO., INC., RUBEN MIRELES, JR., ERIC MIRELES, and STEVEN VARELA (hereafter, collectively "Defendants"), by and through their respective attorneys of record, that:

1) The parties agree that all of the discovery and other deadlines previously entered by Court Order on December 12, 2007 pursuant to the Third Stipulation And Order Amending Scheduling Order shall be extended by approximately 90 days from the previously scheduled dates, which dates are agreed to as follows:

| Discovery Deadlines | Previous Date | Re-Schedule Date |
|---|---|---|
| Completion of factual discovery: | May 30, 2008 | August 29, 2008 |
| Deadline for joining additional parties: | May 30, 2008 | August 29, 2008 |
| Plaintiffs' expert report(s) due: | June 30, 2008 | September 30, 2008 |
| Defendants' expert report(s) due: | July 30, 2008 | October 30, 2008 |
| Plaintiffs' rebuttal expert report(s) due: | August 29, 2008 | November 28, 2008 |
| Non-dispositive motions heard by: | August 29, 2008 | November 28, 2008 |
| Dispositive motions heard by: | August 29, 2008 | November 28, 2008 |
| Pre-Trial Conference: | September 18, 2008 | January 12, 2009 |

2) The parties further agree that the Trial date set to begin on October 6, 2008, is re-scheduled to commence on February 11, 2009.

3) The parties have delayed completing discovery in this matter because the parties are awaiting resolution of a state court case in Arizona (Fresh Point Harvesting Co., Inc. v. Alex Vazquez et al., Case No. S1400CV02006-00569, Superior Court of Arizona, County of Yuma) that may affect some of the issues in this case.

IT IS SO STIPULATED.

DATED: April 2, 2008

ANASTASSIOU & ASSOCIATES

By: /s/ _____
Effie F. Anastassiou, Esq.
Attorneys for Plaintiffs and Cross-Defendants
ALEX VAZQUEZ, CECILIA VAZQUEZ and
AVA MOTOR CARRIERS, LLC

DATED: April 3, 2008

LOMBARDO AND GILLES, PC

By: /s/ _____
E. Seven Diaz, Esq.

Attorneys for Defendants FRESH POINT HARVESTING CO., INC., RUBEN MIRELES, JR., ERIC MIRELES and STEVEN VARELA, and Counter-Claimants RUBEN MIRELES, JR, and STEVEN VARELA.

## ORDER

IT IS HEREBY ORDERED that the foregoing schedule which has been agreed to by stipulation of the parties, is adopted by Order of this Court.

Dated: 4/9/08

_____
Honorable Jeremy Fogel
United States District Court Judge

F:\AVV\California Suit Against Mireles, et al\StipFourthAmendScheduleOrder.wpd

| | | |
|---|---|---|
| 1 | AVA Motor Carriers, LLC, et al.<br>v. Fresh Point Harvesting, Inc., et al. | U.S. District Court, Northern District of CA,<br>Case No. 06-05293JF |

**PROOF OF SERVICE BY
ELECTRONIC MAIL TRANSMISSION**

I am a legal resident of the United States, residing and employed in the County of Monterey, State of California. I am over the age of eighteen years and not a party to the aforementioned action. My business address is 242 Capitol Street, Salinas, California, 93901.

On April 3, 2008, I caused the following:

**FOURTH STIPULATION AND ORDER AMENDING SCHEDULING ORDER**

to be served on the party(ies) or its (their) attorney(s) of record in this action listed below by on the parties in said action by way of this court's ECF email notification to the participating parties set forth below:

Neil L. Shapiro
2100 Garden Road, Suite C
Monterey, CA 93940
nlshapiro@sbcglobal.net

J. Kenneth Gorman, Esq.
Lombardo & Gilles, PC
318 Cayuga Street
Salinas, CA 93901
ken@lomgil.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 3, 2008, at Salinas, California.

Katie Brandt

F:\AVV\California Suit Against Mireles, et al\POSE-Mail.wpd