```
 1  Effie F. Anastassiou, Esq. (SBN 96279)
    Scott J. Allen, Esq. (SBN 178925)
 2  Denis Klavdianos, Esq. (SBN 225925)
    Anastassiou & Associates
 3  242 Capitol Street
    Post Office Box 2210
 4  Salinas, California 93902
    (831) 754-2501
 5  FAX (831)754-0621

 6  Attorneys for Plaintiffs
    ALEX VAZQUEZ, CECILIA
 7  VAZQUEZ and AVA MOTOR
    CARRIERS, LLC
 8
```

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| AVA MOTOR CARRIERS, LLC, an Arizona limited liability company, ALEX VAZQUEZ, an individual and an Arizona resident, and CECILIA VAZQUEZ, an individual and an Arizona resident,<br><br>Plaintiffs,<br><br>v.<br><br>FRESH POINT HARVESTING CO., INC., a California corporation, RUBEN MIRELES, JR., an individual and a California resident, ERIC MIRELES, an individual and a California resident, and STEVEN VARELA, an individual and a California resident,<br><br>Defendants.<br><br>AND RELATED CROSS ACTION. | CASE NO. C06-05293 JF<br><br>FIFTH STIPULATION AND ORDER AMENDING SCHEDULING ORDER |

IT IS HEREBY STIPULATED between Plaintiffs AVA MOTOR CARRIERS, LLC, ALEX VAZQUEZ, and CECILIA VAZQUEZ (hereafter, collectively "Plaintiffs"), along with Defendants FRESH POINT HARVESTING CO., INC., RUBEN MIRELES, JR., ERIC MIRELES, and STEVEN VARELA (hereafter, collectively "Defendants"), by and through their respective attorneys

of record, that:

1) The parties agree that all of the discovery and other deadlines previously entered by Court Order on April 9, 2008 pursuant to the Fourth Stipulation And Order Amending Scheduling Order shall be extended by approximately 90 days from the previously scheduled dates, which dates are agreed to as follows:

| Discovery Deadlines | Previous Date | Re-Schedule Date |
| --- | --- | --- |
| Completion of factual discovery: | August 29, 2008 | December 1, 2008 |
| Deadline for joining additional parties: | August 29, 2008 | December 1, 2008 |
| Plaintiffs' expert report(s) due: | September 30, 2008 | December 29, 2008 |
| Defendants' expert report(s) due: | October 30, 2008 | January 28, 2009 |
| Plaintiffs' rebuttal expert report(s) due: | November 28, 2008 | February 27, 2009 |
| Non-dispositive motions heard by: | November 28, 2008 | February 27, 2009 |
| Dispositive motions heard by: | November 28, 2008 | February 27, 2009 |
| Pre-Trial Conference: | January 12, 2009 | April 13, 2009 |

2) The parties further agree that the Trial date set to begin on February 11, 2009, is re-scheduled to commence on May 12, 2009.

3) The parties have delayed completing discovery in this matter because the parties are awaiting resolution of a state court case in Arizona (Fresh Point Harvesting Co., Inc. v. Alex Vazquez et. al. Case No. S1400CV02006-00569, Superior Court of Arizona, County of Yuma) that may affect some of the issues in this case.

IT IS SO STIPULATED.

DATED: August 15, 2008

ANASTASSIOU & ASSOCIATES

By: _____
Effie F. Anastassiou, Esq.
Attorneys for Plaintiffs and Cross-Defendants
ALEX VAZQUEZ, CECILIA VAZQUEZ and
AVA MOTOR CARRIERS, LLC

1 | DATED: August 22, 2008           LOMBARDO AND GILLES, PC

2

3                                    By: _____
                                     E. Soren Diaz, Esq.
4                                    Attorneys for Defendants FRESH POINT
                                     HARVESTING CO., INC., RUBEN
5                                    MIRELES, JR., ERIC MIRELES and
                                     STEVEN VARELA, and Counter-Claimants
6                                    RUBEN MIRELES, JR, and STEVEN
                                     VARELA.

7

8                                    **ORDER**

9   IT IS HEREBY ORDERED that the foregoing schedule which has been agreed to by

10  stipulation of the parties, is adopted by Order of this Court.

11

12  Dated: 8/28/08

13                                   _____
                                     Honorable Jeremy Fogel
                                     United States District Court Judge

14  F:\AVV\California Suit Against Mireles, et al\StipFifthAmendScheduleOrder.wpd

AVA Motor Carriers, LLC v. Fresh Point Harvesting Co., Inc.
Case No.:Case No. C06-05293 JF                3                    Fifth Stip. Amending
                                                                   Scheduling Order