1  J. Kenneth Gorman, Esq. #102293
   E. Soren Diaz, Esq. #152101
2  LOMBARDO & GILLES, LLP
   318 Cayuga Street
3  Salinas, California 93901
   Telephone: 831.754.2444
4  Facsimile: 831.754.2011

5  Attorneys for Defendants,
   FRESH POINT HARVESTING CO., INC.,
6  RUBEN MIRELES, JR,, ERIC MIRELES, and
   STEVEN VARELA
7

8                UNITED STATES DISTRICT COURT

9         CALIFORNIA NORTHERN DISTRICT (SAN JOSE DIVISION)

10

11 | AVA MOTOR CARRIERS, LLC, an Arizona       ) Case No. CO6 05293 JF
     limited liability company, ALEX VAZQUEZ, an )
12   individual and an Arizona resident, and CECILIA )
     VAZQUEZ, an individual and an Arizona resident, ) [PROPOSED] ORDER GRANTING
13                                                 ) MOTION TO WITHDRAW AS
                  Plaintiffs,                      ) ATTORNEYS OF RECORD FOR
14                                                 ) DEFENDANTS
                                                   )
15   v.                                            )
                                                   )
16   FRESH POINT HARVESTING CO., INC., a           )
     California corporation, RUBEN MIRELES, JR., an)
17   individual and a California resident, ERIC    )
     MIRELES, an individual and a California resident, )
18   and STEVEN VARELA, an individual and a        )
     California resident,                          )
19               Defendants.                       )

20

21     The motion of Lombardo & Gilles, LLP, ("the Firm") for an order to withdraw as

22 counsel of record for defendant Fresh Point Harvesting Co., Inc., defendant/cross-claimant

23 Ruben Mireles, Jr., defendant Eric Mireles, and defendant/cross-claimant Steven Varela

24 (hereinafter collectively "Defendants"), came on regularly for hearing by the court on

25 __December 12__, 2008. The Firm appeared by counsel J. Kenneth Gorman. There were no

26 other appearances.

27 /////

28                                        1
   _____
   *Ava Motor v. Fresh Point Harvesting, et al.*
   [Proposed] Order
   USDC Case No. C06 05293 JF

1   In his declaration in support of the Firm's motion to withdraw, J. Kenneth Gorman, an
2   attorney with Lombardo & Gilles, LLP, represented that said Defendants are in breach of the
3   fee agreement between the Firm and Defendants; that such breach has rendered it unreasonably
4   difficult for the Firm to fully and properly represent Defendants any further herein; and that the
5   Firm has advised Defendants of its intention to withdraw as Defendants' attorney of record with
6   ample time so as to allow Defendants to seek and retain the services of other counsel to appear
7   and represent their interests in this case.

8   **NOW THEREFORE,**

9   **GOOD CAUSE** having been shown, Lombardo & Gilles, LLP's motion to withdraw as
10  attorneys of record for Defendants herein is hereby GRANTED.

11  Further, pursuant to N.D. Cal. L.R. 3-9 (b), a corporation may not appear in *propria*
12  *persona*. Thus, Fresh Point Harvesting, Inc. must promptly obtain counsel to appear and
13  represent its interests herein, in order to avoid having its answer stricken herein by the Court, no
14  later than  January 23 , 2008.

15  **IT IS SO ORDERED.**

16  Dated:  Decemer 12 , 2008

17  _____
    The Hon. Jeremy Fogel

---

*Ava Motor v. Fresh Point Harvesting, et al.*
[Proposed] Order
USDC Case No. C06 05293 JF

2